RICHARD A. TAMOR
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone:  (415) 655-1969
Facsimile:   (415) 887-7658
web: www.TamorLaw.com

Attorneys for Defendant BARRY GILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-13-00764 WHO |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER PERMITTING ACCESS TO SHARED COMPUTER AT SAN FRANCISCO COUNTY JAIL |
| BARRY GILTON, | |
| Defendant. | |

TO ROSS MIRKARIMI, THE SHERIFF OF THE CITY AND COUNTY OF SAN FRANCISCO, AND TO THE SAN FRANCISCO SHERIFF'S DEPARTMENT:

     IT IS HEREBY ORDERED that BARRY GILTON be (1) PERMITTED TO USE A COMPUTER for the sole purpose of reviewing discovery and preparing work product in his criminal case and (2) be PERMITTED TO SHARE A COMPUTER with MONZELL HARDING, JR., ANTONIO GILTON, ADRIAN GORDON any other defendant in United States v. Alfonzo Williams, CR No. 13-0764-WHO authorized by this Court to share the computer, under the following conditions:

1. That the Sheriff's Technical Support Unit will provide the make, model and specifications required for the computer and that the computer will not have internet access, games, or

entertainment programs of any kind and should contain no images other than discovery, case law, and work product relevant to the criminal case.

2. That the Sheriff's Technical Support Unit will configure the computer for use with the USB drive.

3. That each defendant sharing a computer must have a valid court order authorizing a shared computer and listing all individuals allowed to share a specific computer;

4. That the stored data will only be saved on the USB drive device and encrypted so that it is only accessible by the defendant and defendant's counsel.

5. That the computer will be provided to BARRY GILTON without any power cord or any other type of cord. The use of headphones/earplug will be arranged through the facility commander at his/her discretion.

6. That the computer will be inspected for internet access and security purposes by the Sheriff's Department Technical Services Division before it is provided to BARRY GILTON.

7. That the computer will be stored in the facility commander's office where it will be secured, charged, and will be accessible to BARRY GILTON in the law library or in his housing unit at the Sheriff's discretion.

8. That the Sheriff's Department is not responsible for any damage to the computer.

9. That any discovery materials to be viewed on the computer shall be provided to BARRY GILTON by his attorney of record RICHARD TAMOR, and the discovery materials may be retained by BARRY GILTON on the USB thumb drive. BARRY GILTON may only possess one USB thumb drive.

10. That each defendant sharing a computer must have their own assigned USB thumb drive and cannot share the USB thumb drive with any other defendant.

11. That this court order permitting BARRY GILTON to share the use of a computer is dependent upon the housing proximity and other security concerns of those defendants sharing a computer. The San Francisco Sheriff's Department shall retain the discretion to house an inmate according to their department policies.

12. That scheduling of the use of the computer by BARRY GILTON and others sharing the computer is solely within the discretion of the Sheriff's Department. The computer shall only be in use by one defendant at a time.

U.S. v. BARRY GILTON, CR 13-00764 WHO; ORDER PERMITTING ACCESS TO SHARED COMPUTER    2

1  13. That for any joint meeting with defendants and attorneys, only the approved computer may be used.

2  14. Any violations of this order will result in loss of access to the computer.

Date: May 22, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

Date: May \_\_\_, 2015

_____/S/_____
RICHARD A. TAMOR
Attorneys for Defendant,
BARRY GILTON

Date: May \_\_\_, 2015

_____/S/_____
MARK NICCO/FREYA HORNE
Attorney for San Francisco Sheriff's Department

U.S. v. BARRY GILTON, CR 13-00764 WHO; ORDER PERMITTING ACCESS TO SHARED COMPUTER   3