UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

ALFONZO WILLIAMS,

        Defendant.

Case No. 13-cr-00764-WHO-1

**ORDER TO PREPARE STATUS REPORT FOR NOVEMBER 9, 2016 HEARING**

At the hearing on November 9, 2016, I expect to hear argument (if desired) on the following:

1. Motion by defendant Harding to suppress evidence obtained on October 6, 2009, in violation of the Fifth Amendment.
2. Motion by defendant Harding to suppress evidence obtained in violation of the Fourth Amendment from phone seized on October 6, 2009.  I intend to GRANT this motion as the government says it does not intend to use the evidence from the phone (4 photographs).
3. Motion *in Limine* by defendant Young regarding portions of the jailhouse recording the government intends to use at trial.

I expect to inquire about:

4. Setting the *Daubert* hearing on the DNA evidence.
5. The status of the government's identification of jailhouse telephone recordings that it intends to use at trial (it is my understanding that there may be 2800 calls involving defendant Williams and some 375 for the other defendants; the cost of reviewing those calls would be substantial and may be unnecessary depending on which, if any, the government intends to use).

In addition, I ORDER that the parties meet and confer and file a status report on Friday, November 4, 2016, that identifies any other issues that anyone wishes to raise at the hearing and

describes any dispute concerning those issues.

**IT IS SO ORDERED**.

Dated: October 31, 2016

_____
WILLIAM H. ORRICK
United States District Judge