UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ALFONZO WILLIAMS,<br>　　　　　Defendant. | Case No. 13-cr-00764-WHO-1<br><br>**ORDER REGARDING JAILHOUSE TELEPHONE RECORDINGS**<br>Re: Dkt. Nos. 1089, 1097 |

　　　　In October, 2016, I became aware of an issue regarding the volume of jailhouse telephone recordings (some 2800 involving defendant Williams and some 375 for other defendants) produced by the government. Dkt. No. 1089. I noted that the "cost of reviewing them would be substantial and might be unnecessary depending on which, if any, the government intends to use." *Id.* I ordered that counsel meet and confer on the scope of the calls that would be used and to then outline any disagreement for the Court to make a decision. Dkt. No. 1097.

　　　　While no party has outlined any disagreement, it would appear from a recent, expensive CJA request that little progress has been made. I am responsible to insure that CJA funds are authorized for reasonable requests necessary for the defense of a case. I cannot fulfill that responsibility unless the concerned parties do as I directed. Given the time that has elapsed, I now direct that the government identify the calls that it intends to use in this case, if it has not already done so, and that it produce a log that indicates which defendant is involved in which call. This should be completed by February 21, 2017. If any issues remain between the parties, I will

1  address them at the next Status Conference, scheduled for February 27, 2017.

2  **IT IS SO ORDERED**.

3  Dated: February 7, 2017



WILLIAM H. ORRICK
United States District Judge