1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 13-00764 WHO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER MODIFYING ) BRIEFING SCHEDULE AND HEARING DATE |
| v. | ) |
| ALFONZO WILLIAMS, | ) |
| Defendant. | ) |

The undersigned parties hereby stipulate and agree as follows:

1. Defendant Alfonzo Williams filed the following motions, which are set for hearing on May 26, 2017 at 9:00 AM.

   a. Motion to Suppress Car Tracking Data (ECF No. 1147);

   b. Motion for Clarification or Leave to File Motion to Reconsider Order Denying Motion to Suppress Cell Site Data (ECF No. 1150); and

   c. Request for Hearing on SFPD Subpoena Compliance and the Government's

STIP. & ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE
CR 13-00764 WHO

1. Brady Obligations (ECF No. 1158).

2. Government counsel is now on paternity leave due to the early birth of his child. Counsel did not anticipate taking leave until the end of the month.

3. The government responses to the car tracking motion (ECF No. 1147) and request for clarification (ECF No. 1150) are due to be filed today, May 8, 2017. The government responses to the request for hearing regarding the SFPD subpoena (ECF No. 1158) are due to be filed on May 10, 2017.

4. Counsel for Mr. Williams has indicated that he may need to supplement the expert declaration in support of the car tracker motion (ECF No. 1147).

5. Given the circumstances described above, and the availability of counsel, the parties hereby jointly request that the hearing and briefing schedule be modified as follows:

    a. Government responses to ECF Nos. 1147, 1150, and 1158 due May 30, 2017.
    b. Defense reply briefs, if any, are due June 6, 2017.
    c. Hearing on Defendant Williams' motions (ECF Nos. 1147, 1150, and 1158) set for June 16, 2017 at 9:00 AM or as soon thereafter as the matters may be heard.

SO STIPULATED.

Date: May 8, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
SCOTT D. JOINER
Assistant United States Attorney

Dated: May 8, 2017

/s/
JOHN R. GRELE
Attorney for Defendant Alfonzo Williams

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Government responses to ECF Nos. 1147, 1150, and 1158 are now due May 30, 2017. Defense reply briefs, if any, are due June 6, 2017. Hearing on Defendant Williams' motions (ECF Nos. 1147, 1150, and 1158) is set for June 16, 2017 at 9:00 AM.

Dated: May 9, 2017

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIP. & ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE
CR 13-00764 WHO

ORDER MODIFYING SCHEDULE FOR PRETRIAL SUBMISSIONS;
CR 13-00764 WHO